UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                           16 CR 746 (PKC)

      -against-                                         ORDER

DAVID BERGSTEIN and KEITH WELLNER,

              Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The conference previously scheduled for April 28, 2017 is adjourned until May 4, 2017 at 2:15 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to accommodate the Court schedule. Accordingly, the time between today and May 4, 2017 is excluded.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
          March 21, 2017