# EXHIBIT

# "45"

## Tony Bisconti

| | |
|---|---|
| **From:** | Allen, Robert (USANYS) <Robert.Allen@usdoj.gov> |
| **Sent:** | Friday, January 6, 2017 6:32 AM |
| **To:** | Tony Bisconti; Tom Bienert |
| **Cc:** | Steven J. Katzman; Imperatore, Edward (USANYS); Sheinwald, Ellie (USANYS) [Contractor] |
| **Subject:** | RE: United States v. David Bergstein, 16-cr-746 |

Tony:

There are approximately 30,000 intercepts, split roughly evenly between calls and texts.   We do not know the total collective length of the calls, although the number of calls includes a substantial number of calls that are not answered.

Bob Allen

**From:** Tony Bisconti [mailto:tbisconti@bmkattorneys.com]
**Sent:** Thursday, January 05, 2017 8:42 AM
**To:** Allen, Robert (USANYS) <RAllen@usa.doj.gov>; Tom Bienert <tbienert@bmkattorneys.com>
**Cc:** Steven J. Katzman <skatzman@bmkattorneys.com>; Imperatore, Edward (USANYS) <EImperatore@usa.doj.gov>; Sheinwald, Ellie (USANYS) [Contractor] <ESheinwald@usa.doj.gov>
**Subject:** RE: United States v. David Bergstein, 16-cr-746

Thank you, we will review once received.

Regarding the recordings made by Associate-1 that the Government will make available to us to review in your office, can you please provide a rough estimate of the total duration of those calls so that we can determine how long it will take to review them?

**Tony Bisconti**
Bienert, Miller & Katzman, PLC

**From:** Allen, Robert (USANYS) [mailto:Robert.Allen@usdoj.gov]
**Sent:** Wednesday, January 4, 2017 2:45 PM
**To:** Tom Bienert <tbienert@bmkattorneys.com>
**Cc:** Steven J. Katzman <skatzman@bmkattorneys.com>; Tony Bisconti <tbisconti@bmkattorneys.com>; Imperatore, Edward (USANYS) <Edward.Imperatore@usdoj.gov>; Sheinwald, Ellie (USANYS) [Contractor] <Ellie.Sheinwald@usdoj.gov>
**Subject:** United States v. David Bergstein, 16-cr-746

Tom, Steven and Tony:

Please see the attached letter, which was sent today.

All best.

Robert Allen
Assistant United States Attorney
Southern District of New York

212-637-2216 (Tel.)
Robert.Allen@usdoj.gov