# EXHIBIT "46"



JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 659754
SAN ANTONIO  TX  78265-9754

July 30, 2011 -
August 31, 2011

**Page 1 of 4**

**Account Number**

**Customer Service**

If you have any questions about your statement, please contact your Customer Service Professional.



00032004 CEN 802 X  24411 - NNN  1  000000000  C2 0099

HOLD - RETURN MAIL
WESTON CAPITAL PARTNERS MASTER
FUND II LTD
C/O WESTON CAPITAL MANAGEMENT LLC
222 LAKEVIEW AVE STE 1550
WEST PALM BEACH FL 33401-6145

## Commercial Checking

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $12,868,247.17 |
| Deposits and Credits | 1 | $1,116.71 |
| Withdrawals and Debits | 16 | $12,869,363.88 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$.00** |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/01 | NET INTEREST CREDIT FOR CURRENT PERIOD AND ANY PRIOR PERIOD ADJUSTMENTS. SEE SWEEP STATEMENT FOR DETAILS. INVESTMENT ACCOUNT #:  TRN: 2131000727ZA YOUR REF: 31Y9830727213 | $1,116.71 |
| **Total** | | **$1,116.71** |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

July 30, 2011 -
August 31, 2011

**Page 3 of 4**

**Account Number**



WESTON CAPITAL PARTNERS MASTER
FUND II LTD

**Commercial Checking**
(continued)

## Withdrawals and Debits

*Ledger Date*  *Description*  *Amount*



08/18  FEDWIRE DEBIT VIA: RBS CITIZENS, N.A./021313103  $250,000.00
A/C: GENERAL HEALTH TECHNOLOGIES, LUS REF:
PER INSTRUCTIONS FROM BORROWING CERTIFICATE
OF 8-16-11 IMAD: 0818B1QGC06C006698 TRN:
4229200230JO
YOUR REF: NONREF

USAO_WC_00022723



July 30, 2011 -
August 31, 2011

**Page 4 of 4**

**Account Number**

WESTON CAPITAL PARTNERS MASTER
FUND II LTD

## Commercial Checking
(continued)

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/26 | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: FUNDADMINISTRATION INC FBO WESUS REF: TRANSFER TO CLOSE CHASE ACCT IMAD: 0826B1QGC03C001656 TRN: 0297700238JO YOUR REF: NONREF | $8,489,413.88 |
| **Total** | | **$12,869,363.88** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 08/01 | $12,869,363.88 | 08/16 | $8,739,466.88 |
| 08/04 | $9,049,466.88 | 08/18 | $8,489,466.88 |
| 08/08 | $8,839,466.88 | 08/26 | $.00 |

Your service charges, fees and earnings credit have been calculated through account analysis.

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

Page 1 of 4
Statement Period
09/01/11 through 09/30/11
E0   E PB   EB 60                    0101855

Account Number

*Business Banking*

01487 E01 SCM999        0

FUNDADMINISTRATION, INC.
200 WHITE PLAINS RD STE 425
TARRYTOWN NY 10591-5858

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.888.852.5000

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

### Business Advantage Checking

FUNDADMINISTRATION, INC.

#### Your Account at a Glance

| | |
|---|---|
| Account Number | |
| Statement Period   09/01/11 through 09/30/11 | |
| Number of Deposits/Credits   2 | |
| Number of Withdrawals/Debits   21 | |
| Number of Deposited Items   0 | |
| Number of Days in Cycle   30 | |

| | |
|---|---|
| Statement Beginning Balance | $8,324,477.89 |
| Amount of Deposits/Credits | $961,487.41 |
| Amount of Withdrawals/Debits | $1,296,666.87 |
| Statement Ending Balance | $7,989,298.43 |
| Average Ledger Balance | $7,746,676.11 |
| Service Charge | $0.00 |

USAO_WC_00022713

FUNDADMINISTRATION, INC.

Page 3 of 4
Statement Period
09/01/11 through 09/30/11
E0   E PB   EB 60                 0101857

Account Number

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 09/19 | 850,000.00 | Wire Type:Wire Out Date:110919 Time:1532 Et Trn:2011091900226518 Service Ref:008712 Bnf:General Health Technologie ID:4010123973 Bnf Bk:Rbs Citizens, N.A. ID:021313103 Pmt Det:664 66170 Wcp Mst Fd II Ltd Pvmt Gen Health Tech Llc P | 903709190226518 |
| 09/19 | 20.00 | Wire Transfer Fee | 903709190131425 |



### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H
Page 1 of 4
Statement Period
10/01/11 through 10/31/11
E0   E PB   EB 60                    0102193

Account Number

*Business Banking*

01487 E01 SCM999        0

FUNDADMINISTRATION, INC.
200 WHITE PLAINS RD STE 425
TARRYTOWN NY 10591-5858

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.888.852.5000

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

### Full Analysis Business Checking - Small Business

FUNDADMINISTRATION, INC.

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | | Statement Beginning Balance | $7,989,298.43 |
| Statement Period | 10/01/11 through 10/31/11 | Amount of Deposits/Credits | $171,999.57 |
| Number of Deposits/Credits | 2 | Amount of Withdrawals/Debits | $3,128,605.72 |
| Number of Withdrawals/Debits | 13 | Statement Ending Balance | $5,032,692.28 |
| Number of Days in Cycle | 31 | Average Ledger Balance | $6,501,911.18 |
| | | Service Charge | $0.00 |

FUNDADMINISTRATION, INC.

H
Page 2 of 4
Statement Period
10/01/11 through 10/31/11
E0   E PB   EB 60

Account Number

## Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|

## Withdrawals and Debits

### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 10/04 | | 700,000.00 | Wire Type:Wire Out Date:111004 Time:1254 Et Trn:2011100400165877 Service Ref:005600 Bnf:Sage Group Consulting Inc. ID:4247284188 Bnf Bk:Td Bank, NA ID:031101266 Pmt Det:0111100400 2840Nnref: Per Instructions From Borrowing Certifi | 903710040165877 |