# EXHIBIT "47"

```
                                                                    1092
     G9L8HIR1


1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                          15 Cr. 643 (PKC)

5    GARY HIRST,

6                   Defendant.

7    ------------------------------x
                                           September 21, 2016
8                                          10:00 a.m.

9    Before:
                        HON. P. KEVIN CASTEL
10
                                           District Judge
11                                           and a Jury

12
                              APPEARANCES
13
     PREET BHARARA
14        United States Attorney for the
          Southern District of New York
15   BY:  BRIAN R. BLAIS
          AIMEE HECTOR
16        REBECCA G. MERMELSTEIN
          Assistant United States Attorneys
17
     SHER TREMONTE LLP
18        Attorneys for Defendant
     BY:  MICHAEL TREMONTE
19        JUSTINE A. HARRIS
          NOAM KORATI BIALE
20

21   ALSO PRESENT:
          SPECIAL AGENT SHANNON BIENIEK, FBI
22        ELLIE SHEINWALD, Paralegal
          GARY SMITH, Paralegal
23        RYAN POLLOCK, Paralegal

24

25


                    SOUTHERN DISTRICT REPORTERS, P.C.
```

                                                                                 1202
          G9LOHIR4              Hallac - Cross


 1    Q.   So you tried do something about that by getting involved

 2    with somebody named David Bergstein; isn't that right?

 3    A.   Well, I was introduced to David Bergstein by Jason Galanis.

 4    Q.   I understand you were introduced to him, but then you

 5    entered into a series of fraudulent agreements with him, didn't

 6    you?

 7    A.   Yes, I did.

 8    Q.   And that was, in part, to try to clean up the mess that you

 9    had made with the Wimbledon assets, right?

10    A.   You could say that.

11    Q.   I'm asking you, is that --

12    A.   It was to help -- to help the assets have some value again,

13    correct.

14    Q.   And it's another fraud because you didn't tell your

15    investors about what you were doing with Bergstein, right?

16    A.   Yes, sir.

17    Q.   One of the things you were doing with Bergstein is you

18    agreed that he would try to recover these assets from Gerova,

19    right?

20    A.   That was the understanding.

21    Q.   So basically, the deal was, he would try to recover them,

22    and if he did, then you would have to give the recovered assets

23    to something called Arius Libra, right?

24    A.   Yes.

25    Q.   And that's another company that Bergstein controlled,

                        SOUTHERN DISTRICT REPORTERS, P.C.

1203
G9LOHIR4               Hallac - Cross

1   right?
2   A.  Well, actually, the Wimbledon Financing Fund controlled
3   65 percent of the stock of Arius Libra.  Bergstein controlled
4   it in the sense that he was the initial director and had some
5   powers of moving things around.
6   Q.  Okay.  But again, this was part of your guilty plea
7   allocution, right?
8   A.  Well, not that specific thing.  The fact, my guilty plea
9   was about investor advisory fraud and securities fraud.
10  Q.  Okay.  You agreed that if Bergstein could recover these
11  assets, you would be okay with them being pledged to Arius
12  Libra to finance investments in medical billing companies,
13  right?
14  A.  Yes, I was very okay with that.
15  Q.  And that was part of your larger fraud to which you
16  allocuted, right?
17  A.  Yes.  And in fact, prior to that transfer being made, all
18  the investors of the Wimbledon Financing Fund were gathered at
19  a meeting on December 14th, 2011 to explain to them what was
20  being done with Bergstein and Parmar and with the Wimbledon
21  Financing Fund, and they knew all about it.
22  Q.  Okay.  And then Bergstein convinced you to take cash from
23  another Weston fund called Partners 2, correct?
24  A.  Yes.
25  Q.  And the point there was to loan that money to Arius Libra?

1311

1                    INDEX OF EXAMINATION

2     Examination of:                              Page

3     ALEX MONTANO

4     Direct By Mr. Blais . . . . . . . . . . . . .1124

5     Cross By Mr. Biale . . . . . . . . . . . . . .1133

6     Redirect By Mr. Blais . . . . . . . . . . . .1143

7     ALBERT HALLAC

8     Direct By Mr. Blais . . . . . . . . . . . . .1151

9     Cross By Mr. Tremonte . . . . . . . . . . . .1197

10    Redirect By Mr. Blais . . . . . . . . . . . .1211

11    PAUL HINTON

12    Direct By Ms. Mermelstein . . . . . . . . . .1226

13    Cross By Ms. Harris . . . . . . . . . . . . .1280

14                    GOVERNMENT EXHIBITS

15    Exhibit No.                              Received

16     3505-11   . . . . . . . . . . . . . . . . . 1212

17     450, 451, 452, 453, 454, 455, 1510 . . . . .1220

18     901 through 910  . . . . . . . . . . . . . .1230

19     1500   . . . . . . . . . . . . . . . . . . .1260

20                    DEFENDANT EXHIBITS

21    Exhibit No.                              Received

22     1256   . . . . . . . . . . . . . . . . . . .1141

23

24

25