UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v.-<br><br>DAVID BERGSTEIN,<br><br>        Defendant. | 16 Cr. 746 (PKC)<br><br>NOTICE OF APPEARANCE |

    PLEASE TAKE NOTICE that Andrew L. Fish, of Satterlee Stephens LLP, hereby appears in this matter as additional counsel for Defendant David Bergstein. Thomas H. Bienert, Jr., of Bienert, Miller & Katzman PLC, will remain lead counsel of record.

Dated:  December 28, 2017
        New York, NY

                  SATTERLEE STEPHENS LLP

                  By:   /s/ Andrew L. Fish
                  Andrew L. Fish
                  230 Park Avenue, 11th Floor
                  New York, NY 10169
                  (212) 404-8761

                  Attorney for David Bergstein