## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– vs –<br><br>DAVID R. BERGSTEIN, et al,<br><br>Defendant. | Case No. 16-cr-746-PKC |

## DECLARATION OF EVAN WARSHAWSKY

Thomas H. Bienert, Jr.
BIENERT, MILLER & KATZMAN PLC
903 Calle Amanecer, Ste. 350
San Clemente, CA 92673
T: 949.369.3700
E-mail: tbienert@bmkattorneys.com

*Counsel to David Bergstein*

Andrew L. Fish
SLATTERLEE STEPHENS LLP
230 Park Avenue
New York, NY 10169
T: 212.404.8761
E-mail: afish@ssbb.com

*Counsel to David Bergstein*

Dated: February 11, 2018

## DECLARATION OF EVAN WARSHAWSKY

I, Evan Warshawsky, hereby declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, as follows:

1. I am an individual over 18 years of age. If called as a witness to testify in this matter, I could and would testify competently to the facts stated in this declaration.

2. I previously served as the Chief Financial Officer for Sovrin Health Systems, and have served in that capacity and other financial administrative positions for various other companies and entities. Additionally, during the period of 2011 through 2014, I provided certain accounting and other financial services to several entities, including K-Jam Media ("KJM"). I sometimes provided these services through a dba for my sole proprietorship named Definity Media, which I controlled, and I would submit invoices for my time to the entity being serviced.

3. Also as part of the services I provided to KJM, I would regularly prepare invoices in the ordinary course of business on behalf of KJM, which invoices included services performed by others and by me.

4. In or about the first week of February 2018, I searched physical records in my possession for copies of documents relevant to entities connections to David Bergstein. I found invoices I prepared on behalf of KJM and Definity Media. Attached hereto as Exhibit 1 are true and correct copies of invoices I located while performing this search. I prepared these invoices. Upon locating these documents, I provided them to David Bergstein.

5. To the best of my knowledge, the invoices attached hereto as Exhibit 1 accurately reflect services provided and amounts charged for those services.

6. The form of the invoices attached as Exhibit 1 was the standard template form I would use for invoices in all my work, including my work for KJM, as well as work I performed for other unrelated businesses and entities.

7. I did not receive a subpoena from the Securities and Exchange Commission in connection with the SEC's apparent investigation of Weston Capital Asset Management, LLC. Nor did I receive a grand jury or other subpoena in connection with the government's

investigation of this case.

I declare under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February, 2018, in Los Angeles, California

_____
Evan Warshawsky