UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  16-cr-746 (PKC)

        -against-                                        ORDER

DAVID BERGSTEIN,

                         Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Excluded from the travel restrictions on Mr. Bergstein are the Eastern District of New York and the District of New Jersey.

        SO ORDERED.

                                                                      P. Kevin Castel
                                                       United States District Judge

Dated:  New York, New York
           February 12, 2018