*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 20, 2018

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: **United States v. David Bergstein, 16 Cr. 746 (PKC)**

Dear Judge Castel:

  The Government respectfully submits the following comments on the Court's proposed jury instructions:

- Page 30 top: delete the phrase "and then misappropriating a portion of the funds that were disbursed pursuant to those transactions for their own personal use and benefit."

- Page 31, first full paragraph: replace the first sentence with the following: "Count Six relates to an alleged conspiracy by the defendant and others to commit wire fraud in connection with a scheme to defraud investors in the P2 Fund and TT Portfolio."

- Page 31, first full paragraph: delete the phrase: "in connection with the same conduct."

- Page 40, last full paragraph: add "and Westchester County."

- Page 47-48: add sentence along the lines of the following: "An individual need not be a fiduciary in order to be proven guilty of aiding and abetting investment advisor fraud."

- Page 55, first line: after "wire communications," add "such as e-mail, and wire transfers of money."

  The Government will be prepared to address the defendant's objections at a charge conference or at the Court's request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Edward Imperatore/Robert Allen/Elisha Kobre
Assistant United States Attorneys
(212) 637-2327/2216/2599