Court Subpoena

**MEMO ENDORSED**

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO: **HARRY SIMONIAN**

*[Handwritten memo endorsement:]* HARRY SIMONIAN IS ORDERED TO COMPLY FULLY AND COMPLETELY WITH THE SUBPOENA DATED FEB 15, 2018 FORTHWITH AND NO LATER THAN 2PM FEB 23, 2018. FAILURE TO COMPLY IS PUNISHABLE AS CONTEMPT OF COURT. SO ORDERED /s/ ____, USDJ 2-22-18

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the United States District Court for the Southern District of New York, 500 Pearl Street, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date: February 20, 2018  Appearance Time: 10:00 a.m.
Appearance Place: Courtroom 11-D
to testify and give evidence in the following matter:
United States v. David Bergstein, 16 Cr. 746 (PKC)

and not to depart the Court without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

**Please see attached rider.**

**Personal Appearance is required. Please contact counsel below to discuss the timing of an appearance.**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED: New York, New York
February 15, 2018

*GSB/EAI*
GEOFFREY S. BERMAN
*Acting United States Attorney for the*
*Southern District of New York*

*/s/ Edward Imperatore*
Edward A. Imperatore
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2327 (Tel.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-22-18