UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                16-cr-746 (PKC)

        -against-                                        ORDER

DAVID BERGSTEIN,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        Pursuant to Rule 613, Fed. R. Evid., the Court will allow the defense to offer the statement of James King, reflected in the September 21, 2016 FBI 302, that Swartz's sons-in-law "were ultimately comfortable with a consulting relationship through SIP."

        SO ORDERED.

                                                            P. Kevin Castel
                                                United States District Judge

Dated:  New York, New York
           February 27, 2018