UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
UNITED STATES OF AMERICA          :

    - v. -                         :

                                16 Cr. 746 (PKC)

DAVID BERGSTEIN,                  :

           Defendant.         :
------------------------------ x

**Court's Exhibit No. 23**
IDENTIFICATION/EVIDENCE
DKT.# 16 CR 746
DATE: 3/1/2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2018

<u>Verdict Form</u>

**Count One (Conspiracy to Commit Investment Advisor Fraud & Securities Fraud)**

    __X__ Guilty        _____ Not Guilty

**Count Two (Investment Advisor Fraud – WFF & P2 Fund)**

    __X__ Guilty        _____ Not Guilty

**Count Three (Investment Advisor Fraud – TT Portfolio)**

    __X__ Guilty        _____ Not Guilty

**Count Four (Securities Fraud – P2 Fund)**

    __X__ Guilty        _____ Not Guilty

**Count Five (Securities Fraud – TT Portfolio)**

    __X__ Guilty        _____ Not Guilty

**Count Six (Conspiracy to Commit Wire Fraud)**

    __X__ Guilty        _____ Not Guilty

**Count Seven (Wire Fraud)**

 __X__ Guilty _____ Not Guilty

03/01/2018
Date

_____
Foreperson