*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2018

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **United States** v. **David Bergstein**, 16 Cr. 746 (PKC)

Dear Judge Castel:

In light of the jury's guilty verdict, the Government respectfully requests that the Court enter the enclosed preliminary order of forfeiture and money judgment in the amount of $27,110,572.00. That amount reflects the sum of the P2 Loan proceeds ($9,410,572.00, as reflected in GX-245) and the TT Loan proceeds ($17,700,000.00) disbursed by defendant David Bergstein.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Edward Imperatore/Robert Allen/Elisha Kobre
Assistant United States Attorneys
(212) 637-2327/2216/2599

Enclosure

cc:  counsel of record (via ECF)