AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   16-cr-00746(PKC)-1 |
| David Bergstein | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Bergstein.

Date:   03/12/2018

/s/ William F. Johnson
*Attorney's signature*

William F. Johnson, SBN #2810703
*Printed name and bar number*

King & Spalding
1185 Avenue of the Americas
New York, NY 10036
*Address*

wjohnson@kslaw.com
*E-mail address*

(212) 556-2125
*Telephone number*

(212) 556-2222
*FAX number*