AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cr-00746(PKC)-1 |
| David Bergstein | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Bergstein.

Date:  03/12/2018

/s/ Brian R. Michael
*Attorney's signature*

Brian R. Michael, NY SBN #3897725
*Printed name and bar number*

King & Spalding
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
*Address*

bmichael@kslaw.com
*E-mail address*

(213) 443-4317
*Telephone number*

(213) 443-4310
*FAX number*