# SATTERLEE STEPHENS LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
Fax (212) 818-9606

www.ssbb.com

51 JOHN F. KENNEDY PARKWAY
FIRST FLOOR WEST
SHORT HILLS, NJ 07078-2713
(973) 218-2509
FAX (973) 218-2401

E-Mail: afish@ssbb.com
Direct Dial: (212) 404-8761

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/18
```

March 12, 2018

*Proposed Schedule is ADOPTED. SO ORDERED.*
*[signature] USDJ 3-12-18*

Via ECF

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY, 10007-1312

Re:   *United States v. Bergstein*, 16 cr. 746 (PKC)

Dear Judge Castel:

Defendant David Bergstein writes, with the consent of the Government, to request that the time period for the defendant to file any posttrial motions for a new trial or for a judgment of acquittal pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure be extended to March 29, 2018.

Assistant U.S. Attorney Edward Imperatore advised the defense by e-mail that the Government did not object to this request, provided that the Government received a corresponding extension for its response. The defense agrees that the Government may have four weeks from the filing of posttrial motions to file a response.

Respectfully submitted,

SATTERLEE STEPHENS LLP

/s/ Andrew L. Fish
Andrew L. Fish

BIENERT, MILLER & KATZMAN, PLC

/s/ Thomas H. Bienert, Jr.
Thomas H. Bienert, Jr.

cc: All counsel (via ecf)