UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

United States of America,

Plaintiff,

Case No. 16-cr-00746-1(PKC)

-against-

David Bergstein

Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Brian R. Michael
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BM9076       My State Bar Number is 3897725

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
            FIRM ADDRESS: 350 So. Grand Ave., Ste.2100, Los Angeles, CA 90071
            FIRM TELEPHONE NUMBER: 213-443-5374
            FIRM FAX NUMBER: 213-443-5400

NEW FIRM:   FIRM NAME: King & Spalding LLP
            FIRM ADDRESS: 633 West Fifth St., Ste.1700, Los Angeles, CA 90071
            FIRM TELEPHONE NUMBER: 213-443-4317
            FIRM FAX NUMBER: 213-443-4310

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: March 13, 2018

/s/ Brian R. Michael
_____
ATTORNEY'S SIGNATURE