UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                        16-cr-746 (PKC)

      -against-                                       ORDER

DAVID BERGSTEIN,

                   Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

      Defendant's counsel's attention is called to the Court's Individual Practices on sentencing appearing on the Court's website under the undersigned's name. Defendant's counsel should direct friends and families to send their sentencing letters to counsel who then can assemble and submit them with defendant's submission rather than have them mailed to the Court piecemeal. The sentencing submissions are due two weeks before sentencing.

      SO ORDERED.

                                                               P. Kevin Castel
                                                     United States District Judge

Dated:  New York, New York
           March 13, 2018