# Ballard Spahr LLP

210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Eugene R. Licker
Tel: 646.346.8074
Fax: 212.223.1942
LickerE@ballardspahr.com

August 10, 2018

*By Facsimile*
*Via E-mail* ▌                                    ▌

Hon. P. Kevin Castel
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: U.S. v. Bergstein

Dear Judge Castel:

We represent Weston Capital Partners Master Fund II, Ltd. ("PII"), a victim of Mr.
Bergstein's defalcations and a subpoenaed party both for Mr. Bergstein's trial and the
subsequent Fatico hearing. We have previously provided submissions regarding our losses
and the appropriate amount of restitution. Subsumed within those numbers are the costs PII
incurred in assisting with the prosecution of Mr. Bergstein. In the event it is of assistance to
the Court, we have segregated out the amounts we believe are cognizable under the MVRA,
as interpreted by the Supreme Court in the Lagos case. The attached chart identifies those
costs. The costs all consist of attorney's fees. Should the Court desire, we can provide
redacted copies of the underlying Ballard Spahr statements.

Respectfully submitted,

Eugene R. Licker

Attachment

cc:     Edward Imperatore
        Anthony Bisconti

PII Expenditures Assisting the Government in US v. Bergstein

| Date | Atty | Description | % total daily billing | Allocated Cost |
|------|------|-------------|---------|----------------|
| 11/7/2017 | EL* | Aff. Re restitution losses | 0.263158 | $960.00 |
| 11/9/2017 | EL | Aff. Re restitution losses | 0.263158 | $960.00 |
| 11/27/2017 | EL | Aff. Re restitution losses | 100 | $2,880.00 |
| 11/29/2017 | EL | Aff. Re restitution losses | 100 | $2,880.00 |
| 11/30/2018 | EL | Aff. Re restitution losses | 100 | $3,456.00 |
| 12/26/2017 | EL | trial subpoena | 0.714286 | $1,920.00 |
| 12/27/2017 | EL | trial subpoena | 0.976744 | $4,032.00 |
| 1/3/2018 | EL | trial subpoena | 0.357143 | $975.00 |
| 1/9/2018 | EL | trial subpoena | 100 | $4,875.00 |
| 1/10/2018 | EL | trial subpoena | 0.769231 | $2,925.00 |
| 1/11/2018 | EL | witnesses for trial | 0.236842 | $877.50 |
| 1/16/2018 | EL | trial subpoena | 0.12963 | $682.50 |
| 1/20/2018 | EL | trial subpoena | 100 | $3,900.00 |
| 1/21/2018 | EL | trial subpoena | 100 | $3,900.00 |
| 1/24/2018 | EL | produce docs | 0.516129 | $1,560.00 |
| 1/25/2018 | EL | trial subpoena | 100 | $780.00 |
| 1/26/2018 | EL | produce docs | 100 | $2,925.00 |
| 1/29/2018 | EL | trial subpoena | 0.930233 | $3,900.00 |
| 2/13/2018 | EL | attend trial | 3 | $2,925.00 |
| 6/6/2018 | EL | restitution submission | 100 | $975.00 |
| 6/8/2018 | EL | restitution submission | 100 | $2,437.50 |
| 6/15/2018 | EL | subpoena in Fatico hearing | 100 | $975.00 |
| 6/19/2018 | EL | subpoena in Fatico hearing | 100 | $2,632.50 |
| 6/20/2018 | EL | restitution submission | 100 | $2,340.00 |
| 6/21/2018 | EL | subpoena in Fatico hearing | 100 | $975.00 |
| 6/22/2018 | EL | subpoena in Fatico hearing | 100 | $2,437.50 |
| 6/25/2018 | EL | Fatico; docs to government | 100 | $3,412.50 |
| 6/26/2018 | EL | Fatico; docs to government | 100 | $2,925.00 |
| 6/27/2018 | EL | sentencing | 100 | $2,437.50 |
| 7/10/2018 | EL | restitution | 100 | $487.50 |

**TOTAL**                                                                 **$69,348.00**

*Eugene Licker