UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BERGSTEIN,<br><br>Defendant. | **[PROPOSED] ORDER**<br><br>16 Cr. 746 (PKC) |

WHEREAS, on September 26, 2018, the Court entered an Order of Restitution (Dkt. No. 465);

WHEREAS, The Wimbledon Fund, SPC (Class TT) ("Class TT") is identified as a victim on the Schedule of Victims attached to the Order of Restitution;

WHEREAS, Class TT has assigned its right to receive payments under the Order of Restitution to Class TT Realisations, Ltd. (the "Assignee"), pursuant to an Assignment Agreement dated November 17, 2021;

WHEREAS, Class TT and the Assignee seek to amend the Schedule of Victims attached to the Order of Restitution to reflect that the Assignee, not Class TT, is the correct payee;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.     The Schedule of Victims attached to the Order of Restitution is hereby amended, with respect to Class TT only, as follows:

| Name | Address |
|---|---|
| Class TT Realisations, Ltd. | Cole Schotz P.C.<br>901 Main Street, Suite 4120<br>Dallas, Texas 75202<br>Attn: James Walker, Esq. |

2.     Except as set forth herein, the Order of Restitution and Schedule of Victims shall remain unchanged and in full force and effect.

Dated: New York, New York
              _____, 2022

                                            SO ORDERED:

                                            _____
                                            HONORABLE P. KEVIN CASTEL
                                            UNITED STATES DISTRICT JUDGE

2